UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-173-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MICHON GRIFFIN | |

This matter comes before the undersigned District Court Judge upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel of record for Michon Griffin, the Defendant herein.

Based upon a finding that Ms. Griffin has retained Christian Emerson Dysart to represent her, and Mr. Dysart has filed a Notice of Appearance, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Ms. Griffin.

NOW, THEREFORE, it is hereby Ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Michon Griffin.

SO ORDERED this ___3___ day of October 2024.

Terrence W. Boyle
United States District Court Judge