UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-173-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHON RAQUEL GRIFFIN | ) | |

The United States of America has filed a Motion pursuant to 18 U.S.C. § 3148 alleging that Defendant has violated the conditions of post-sentencing release.

For good cause shown, it is HEREBY ORDERED that the Clerk of Court issue a warrant for the arrest of Defendant Michon Raquel Griffin. The Clerk shall provide a copy of the warrant to the United States Attorney's Office and the United States Marshals Service.

A hearing shall be set by notice to determine whether there is probable cause to believe that Defendant has violated the conditions of her post-sentencing release.

SO ORDERED, this the 28 day of March, 2025.

TERRENCE W. BOYLE
United States District Judge