# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>MICHON RAQUEL GRIFFIN<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:24-CR-173-BO |

**FILED**

APR 01 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

RECEIVED
By USMS-E/NC at 2:53 pm, Mar 28, 2025

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MICHON RAQUEL GRIFFIN                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

   Pursuant to 18 U.S.C. § 3148 alleging that Defendant has violated the conditions of post-sentencing release.

Peter A. Moore, Jr., Clerk of Court
Date:    03/28/2025

*Issuing officer's signature*

City and state:    Raleigh, NC

Linda Downing, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/28/2025 and the person was arrested on *(date)* 04/01/2025
at *(city and state)* _____.

Date: 04/01/2025

*Arresting officer's signature*

DUSTY GARCIA
*Printed name and title*