# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Michon Griffin<br><br>_____<br>*Defendant* | )<br>)  Case No.  5:24-CR-173-BO<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michon Griffin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3148 alleging that Defendant has violated the conditions of post-sentencing release.

Peter A. Moore, Jr., Clerk of Court
Date: 03/28/2025

*Issuing officer's signature*

City and state: Raleigh, NC

Linda Downing, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/28/25, and the person was arrested on *(date)* 3/28/25
at *(city and state)* Raleigh, NC.

Date: 3/28/25

*Arresting officer's signature*

John Siddons
*Printed name and title*

FILED
APR 02 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK